IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTHLAW, PC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTINE L. SWANSON, NANCY L. BLACK, INTERNAL REVENUE SERVICE, NEERPARK INC., and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | **4:17CV3104**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Progression of this case is stayed pending further order of the court.

2) The clerk shall set an August 15, 2018 to re-evaluate whether the case should be progressed.

May 15, 2018.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge