IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SOUTHLAW, PC, | |
|---|---|
| Plaintiff, | **4:17CV3104** |
| vs. | |
| CHRISTINE L. SWANSON, NANCY L. BLACK, INTERNAL REVENUE SERVICE, NEERPARK INC., and UNITED STATES OF AMERICA, | **ORDER** |
| Defendants. | |

Defendant Swanson intends to file a Nebraska state court action against Defendant Black, and Defendant Black intends to file an Iowa state court action against Defendant Swanson. After conferring with the counsel for the parties and Ms. Black, (Filing No. 42, audio),

IT IS ORDERED:

1) Defendant Swanson's motion to stay this case pending the outcome of the Nebraska state court proceedings is granted.

2) Beginning November 1, 2018, Defendant shall file a report on this court's docket which explains the status of Swanson's state court action. Defendant Swanson shall file a status report on the first of the month every two months thereafter until the stay herein is lifted.

3) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes

September 28, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge