IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTHLAW, PC, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTINE L. SWANSON, NANCY L. BLACK, INTERNAL REVENUE SERVICE, NEERPARK INC., and UNITED STATES OF AMERICA, <br><br> Defendants. | 4:17CV3104 <br><br> **ORDER** |

On January 4, 2019, the undersigned magistrate received the following email from counsel for the Defendants, the Internal Revenue Service (IRS) and the United State of America (USA):

> At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Defendant (Department of the Treasury, Internal Revenue Service). The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.
>
> Therefore, the United States respectfully asks that the Court continue the status conference set for 9:00 a.m. on January 10, 2019 until a time after Congress has restored appropriations to the Department of Justice.

IT IS ORDERED:

The telephone conference scheduled for January 10, 2019 at 9:00 a.m. is continued to a date and time yet to be determined.

Counsel for the IRS/USA shall contact chambers by email addressed to zwart@ned.uscourts.gov within 10 days following the restoration of funding for, and the operation of, the United States Department of Justice. The court will contact the parties to reschedule the telephone conference at that time.

A copy of this order shall be mailed to Defendant, Nancy L. Black at her address of record.

Dated this 4th day of January, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge