IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTHLAW, PC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTINE L. SWANSON, NANCY L. BLACK, INTERNAL REVENUE SERVICE, NEERPARK INC., and UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | 4:17CV3104<br><br><br>ORDER |

After conferring with the parties, (Filing No. 48, audio file),

IT IS ORDERED that this matter will be submitted to the court for ruling as a matter of law as follows:

1) The Internal Revenue service shall file its motion for summary judgment on or before March 12, 2019.

2) Plaintiff, and Defendants Swanson and Neerpark shall file a statement of their positions on the IRS' motion on or before March 19, 2019. Defendant Black may also file such a statement on or before March 19, 2019. She may also file a separate motion for summary judgment with her requests as to the disposition of the money being held in trust by Plaintiff, such motion to be filed on or before April 2, 2019.

3) As stated in the court's local rules, the summary judgment response deadline is 21 days after the motion is filed, with any reply filed seven days thereafter.

Dated this 12th day of February, 2019.

>BY THE COURT:
>
>*s/ Cheryl R. Zwart*
>United States Magistrate Judge