IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SOUTHLAW, PC, | |
|---|---|
| Plaintiff, | 4:17-CV-3104 |
| vs. | |
| CHRISTINE L. SWANSON, et al., | ORDER |
| Defendant. | |

SouthLaw, PC has deposited the $731.17 that is the subject of the parties' remaining claims. Accordingly, IT IS ORDERED that SouthLaw, PC is dismissed as a party to this case.

Dated this 8th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge