IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTHLAW, PC,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTINE L. SWANSON, NANCY L. BLACK,<br><br>        Defendants. | **4:17CV3104**<br><br>**ORDER** |

This matter is scheduled for trial before Brian C. Buescher, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on November 5, 2019. See, Filing No. 69. After conferring with Defendant Black and counsel for Defendant Swanson, (Filing No. 68, audio file), and upon consideration of their respective statements,

IT IS ORDERED:

1) On or before October 31, 2019, each party shall deliver a copy of the exhibits they intend to use at trial to the Clerk's office of the federal court in Omaha, Nebraska. Upon receipt, the clerk's office shall promptly deliver the documents to Judge Buescher's chambers.

2) The failure to timely attend the trial as scheduled will result in dismissal, with prejudice, of the non-attending party's claim to the $731.17 currently deposited with the court. If neither party timely attends the trial, the $731.17 will be divided in half, with equal amounts (to the extent possible) then distributed to each of Defendants Swanson and Black.

3) This order shall be both mailed and emailed to Defendant Black at her mail and email addresses of record.

October 23, 2019.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge